CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendant
2637-45 Main, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>2637-45 MAIN, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case No.: 2:17-CV-00758-PA-JC<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court

schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: April 9, 2017        CENTER FOR DISABILITY ACCESS

By:  /s/ Phyl Grace
      Phyl Grace

Dated: April 9, 2017        THE KARLIN LAW FIRM LLP

By:  /s/ David E. Karlin
      L. Scott Karlin
      David E. Karlin
      Attorneys for Defendant
      2637-45 Main, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for 2637-45 Main, LLC, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: April 9, 2017                    CENTER FOR DISABILITY ACCESS

                                        By:   /s/ Phyl Grace
                                                  Phyl Grace
                                                  Attorney for Plaintiff