1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
7  Attorneys for Plaintiff

8  L. SCOTT KARLIN (SBN: 90605)
   lsk@karlinlaw.com
9  DAVID E. KARLIN (SBN: 275905)
   david@karlinlaw.com
10 THE KARLIN LAW FIRM LLP
   13522 Newport Avenue, Suite 201
11 Tustin, California 92780
   Telephone: (714) 731-3283
12 Facsimile: (714) 731-5741
   Attorneys for Defendant
13 2637-45 Main, LLC

14           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
15

16 | CHRIS LANGER, | Case: 2:17-CV-00758-PA-JC |
17 | Plaintiff, | |
18 | v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO** |
19 | 2637-45 MAIN, LLC, a California Limited Liability Company; | **F.R.CIV.P. 41 (a)(1)(A)(ii)** |
20 | and Does 1-10, | |
21 | Defendants. | |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 20, 2017          CENTER FOR DISABILITY ACCESS

                               By: /s/ Phyl Grace
                                   Phyl Grace
                                   Attorneys for Plaintiff

Dated: April 20, 2017          THE KARLIN LAW FIRM LLP

                               By: /s/ David E. Karlin
                                   L. Scott Karlin
                                   David E. Karlin
                                   Attorneys for Defendant
                                   2637-45 Main, LLC

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for 2637-45 Main, LLC, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: April 20, 2017                    CENTER FOR DISABILITY ACCESS

                                         By: ___/s/ Phyl Grace_____
                                             Phyl Grace
                                             Attorneys for Plaintiff